**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
Fishbeinadamj@gmail.com

March 9, 2017

**VIA ECF**
The Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:**    **Gold v. Global**
             **16 CV 5404 (WFK) (ST)**

Dear Judge Kuntz:

I represent the plaintiff in the above matter. I mistakenly entered in my diary our response to the defendant's motion to compel arbitration as March 10, 2017 which is actually the reply date.

Inaddition, Your Honor indicated in the docket entry that discovery is not stayed. Based upon the fact that it is appropriate to conduct discovery to prepare to respond to a motion to compel, we have propounded discovery requests which cover that issue and all issues in the case. Those requests were propounded on March 1, 2017 with a request that we stay the briefing of the motion pending discovery which seems quite reasonable for this type of motion.

Therefore, plaintiff requests that the motion to compel discovery be stayed pending our discovery requests as Your Honor did not stay discovery during the pendency of the motion.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record